FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

98 FEB -2 PM 2:59

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| SHILAND METAL BROKERAGE COMPANY, INC., | } } } | |
| Plaintiff | } } | CIVIL ACTION NO. |
| vs. | } } | 97-AR-1427-S |
| MIDLAND EXPORT, LTD., | } } | |
| Defendant | } | |

ENTERED

FEB 2  1998

## MEMORANDUM OPINION

### Findings of Fact

Based on the evidence, the court finds that the fair market value of the settlement agreement reached by and between plaintiff, Shiland Metal Brokerage Company, Inc., and former defendants, Trimet S.A. and Trimet Metallhandels Aktiengeselischaft, is $15,000.

### Conclusions of Law

Because plaintiff can only be compensated once for its actual or compensatory damages, defendant, Midland Export, Ltd., is entitled to a credit of $15,000 toward the compensatory damages assessed against it by the jury. An appropriate, separate final judgment will be entered.

Done this 2d day of February, 1998.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE